UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GAVINO MR. RIVAS § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:18-CV-01465 |
| § | |
| § | |
| CITY LEAGUE CITY and LEAGUE § | |
| CITY POLICE DEPARTMENT § | |
| § | |
| Defendants. § | |

## JOINT STATUS REPORT

As the Court ordered, counsel for both parties conferred on September 12, 2019 via email, a true and correct copy of the parties' email is attached hereto. Defendant believes that, consistent with Fed. R. Civ. P. 34(b)(2)(B), the best method of producing documents responsive to Plaintiff's vague requests is for Plaintiff to inspect and copy the City's document at City Hall. Plaintiff disagrees with the City's position in that 1) the requests are specific, 2) any objections have been waived and 3) Defendant should provide copies of responsive documents and emails. The parties have not reached an agreement regarding these issues.

4841-9699-4725.1

Respectfully submitted,

*/s/ Sean Timmons*
Sean Timmons
State Bar No: 24067908
Tully Rinckey, PLLC
2925 Richmond Avenue, 12th Floor
Houston, TX 77098
Telephone No.: (518) 218-7100
Facsimile: (315) 238-5200
Email: stimmons@tullylegal.com

*/s/ Andrew W. Gray*
WILLIAM S. HELFAND
Texas Bar No.: 09388250
ANDREW W. GRAY
Texas Bar No. 24099826
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
bill.helfand@lewisbrisbois.com
Andrew.gray@lewisbrisbois.com
ATTORNEYS FOR DEFENDANT
City of League City

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served via the CM-ECF filing system, on this the 13th day of September, 2019, to the following:

William S. Helfand
Andrew W. Gray
Lewis Brisbois Bisgaard & Smith L.L.P.,
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile

bill.helfand@lewisbrisbois.com
Andrew.Gray@lewisbrisbois.com
**ATTORNEY FOR DEFENDANTS**
City of League City and League City Police Department

*/s/ Sean C. Timmons*
Sean C. Timmons